■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD MARINO, Appellant.—Appeal by the defendant, as limited by his motion, from three sentences of the Supreme Court, Kings County (Egitto, J.), all imposed February 14, 1989.

Ordered that the appeals are dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Kunzeman, Eiber, O'Brien and Ritter, JJ., concur.